BANTON *v.* STATE

[No. 334, September Term, 1962.]

*Decided July 18, 1963.*

The cause was argued before BRUNE, C. J., and HENDERSON, PRESCOTT, MARBURY and SYBERT, JJ.

*George L. Russell, Jr.,* for the appellant.

*Richard M. Pollitt, Special Attorney,* with whom were *Thomas B. Finan, Attorney General, William J. O'Donnell, State's Attorney for Baltimore City,* and *Stanley S. Cohen, Assistant State's Attorney,* on the brief, for the appellee.

PER CURIAM.

The appellant was convicted of having possession and control of narcotics under circumstances almost exactly similar to those present in *Stewart v. State,* just decided, 232 Md. 318. As in *Stewart,* the appellant contends that the evidence showed that, as a matter of law, he had been entrapped, and that he was only an agent of the police officer for whom he procured the narcotics, so that his possession and control were those of the police officer.

The result here is controlled by *Stewart*. In that case, both of the contentions made here were held to be without merit.

*Judgment affirmed.*